

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00332-CV

VESTALIA, LTD., Appellant

V.

ADONIS F. TAYLOR-WATSON AND LARRY J. WATSON, JR., Appellee

Appeal from the 215th District Court of Harris County.   (Tr. Ct. No. 2014-73484).

**TO THE 215TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

Appellant, Vestalia, Ltd., has filed a petition for a permissive interlocutory appeal from an order signed on March 30, 2015. After due consideration, the Court denies the petition.

The Court **orders** that the appellant, Vestalia, Ltd., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 18, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 28, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

